UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSIE VASQUEZ, | Case No.  1:26-cv-02566-FJS |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 2) |
| Defendant. | TWENTY-ONE DAY DEADLINE |

On April 6, 2026, Plaintiff Rosie Vasquez ("Plaintiff"), filed this action seeking review a decision of the Commissioner of Social Security denying Plaintiff's application for Social Security Disability Insurance ("SSDI") benefits. (ECF No. 1.) Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 2). Yet Plaintiff's application is insufficient for the Court to determine if Plaintiff is entitled to proceed without prepayment of fees in this action.

Plaintiff reports that she currently receives $0.00 in gross pay or wages. (*Id.* at 1.) Plaintiff leaves the rest of the form blank, including whether she is incarcerated, whether she has received income from any other source in the past twelve months, whether she has any assets or regular monthly expenses, any dependents, or any debts or financial obligations. Having considered the application, the Court requires additional information to determine if Plaintiff is entitled to proceed in forma pauperis in this action.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  Plaintiff is instructed not to leave fields empty, but rather to write "zero" or "N/A" as appropriate in any fields that are intentionally left blank.  If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1.    The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2    Within twenty-one (21) days of the date of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3.    If Plaintiff fails to comply with this order, then this action will be dismissed.

IT IS SO ORDERED.

Dated:    **April 24, 2026**                   _____
                                        UNITED STATES MAGISTRATE JUDGE

2