UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROSIE VASQUEZ,

                Plaintiff,

       v.

COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.

Case No.  1:26-cv-02566-FJS

ORDER GRANTING PLAINITFF'S
APPLICATION TO PROCEED WITHOUT
PREPAYMENT OF FEES OR COSTS

(ECF No. 4)

Plaintiff Rosie Vasquez ("Plaintiff"), proceeding with counsel filed this action on April 6, 2026. (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead filed both a short form (ECF No. 2) and long form (ECF No. 4) application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff states that they receive an income from employment in the amount of $506.98 a month. (ECF No. 4 at 1.) Plaintiff further states that they have one dependent in their household. (*Id.* at 3.) Plaintiff's annual income is $6,083.76 ($506.98 x 12).

Many courts look to the federal poverty guidelines set by the United States Department of Health and Human Services ("HHS") as a guidepost in evaluating *in forma pauperis* applications. *See Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307 n.5 (11th Cir. 2004); *Boulas v. United States Postal Serv.*, No. 1:18-cv-01163- LJO-BAM, 2018 WL 6615075, at *1 (E.D. Cal. Nov. 1,

1

2018) (applying federal poverty guidelines to *in forma pauperis* application). For a family or household of two, the 2026 poverty guideline is $21,640. *See U.S. Federal Poverty Guidelines Used to Determine Financial Eligibility for Certain Federal Programs*, available at https://aspe.hhs.gov/topics/poverty-economic-mobility/poverty-guidelines (last visited May 8, 2026).

Having considered Plaintiff's application, the Court finds that she has made the showing required by section 1915 (a) that she is unable to pay the required fees for this action. Plaintiff has attested to household employment income that falls below the federal poverty guidelines. (ECF No. 4.) Accordingly, the request to proceed *in forma pauperis* IS HEREBY GRANTED. 28 U.S.C. § 1915(a).

IT IS SO ORDERED.

Dated: __**May 8, 2026**__

_____
UNITED STATES MAGISTRATE JUDGE