UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ROSIE VASQUEZ,<br><br>                    Plaintiff,<br><br>          v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                    Defendant. | Case No.: 1:26-cv-02566-FJS<br><br>ORDER RE: GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS,* ORDER DIRECTING CLERK OF COURT TO ISSUE CASE DOCUMENT AND SUMMONS<br><br>(ECF No. 4) |

The court granted Plaintiff's application to proceed *in forma pauperis,* on May 8, 2026. (ECF No. 5.) Accordingly, the Clerk of Court is HEREBY DIRECTED to issue the following: 1) a Summons; 2) the Scheduling Order; 3) the Order re Consent or Request for Reassignment; and 4) a Consent to Assignment or Request for Reassignment form.

IT IS SO ORDERED.

Dated:    **May 14, 2026**                    _____

                                             UNITED STATES MAGISTRATE JUDGE