**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

ROSIE VASQUEZ,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No.: 1:26-cv-2566 JLT FJS

ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT

(Docs. 19, 21)

Rosie Vasquez and the Commissioner of Social Security stipulated[1] that Plaintiff shall be awarded fees and expenses in the amount of $6,975.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920. (Doc. 21 at 1-2.)

Accordingly, the Court **ORDERS**: Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** fees in the amount of $6,975.00 pursuant to 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated: September 24, 2026

UNITED STATES DISTRICT JUDGE

[1] The only differences between initial stipulation (Doc. 19) and the amended stipulation (Doc. 21) are the signature dates.